ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Crowley Government Services, Inc. | ) ASBCA No. 63531 |
| | ) |
| Under Contract No. N62387-15-C-2505 | ) |

APPEARANCES FOR THE APPELLANT:     James Y. Boland, Esq.
                                   Caleb E. McCallum, Esq.
                                     Venable LLP
                                     Tysons Corner, VA


APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                   Donald J. Thornley, Esq.
                                   Patrick M. Mayette, Esq.
                                     Trial Attorneys


## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 14, 2023

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63531, Appeal of Crowley Government Services, Inc., rendered in conformance with the Board's Charter.

Dated:  August 15, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals